PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Steven Thomas        Cr.: 21-00663-001
                                                           PACTS #: 7382921

Name of Sentencing Judicial Officer:    THE HONORABLE STANLEY R. CHESLER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/24/2022

Original Offense:    Count One: Conspiracy to Distribute with Intent to Distribute Heroin
                     Count Two: Possession with Intent to Distribute Heroin

Original Sentence: 15 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing/Treatment, Search/Seizure, Life Skills Counseling, Motor Vehicle Compliance, Support Dependents, Mental Health Treatment

Type of Supervision: Supervised Release        Date Supervision Commenced: 06/09/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On December 30, 2022, the IUS provided a urine sample that tested positive for MDMA. He admitted to using ecstasy the day prior to the test and has signed an admission form. |

U.S. Probation Officer Action:
The IUS is continuing to struggle with mental health issues and is attending outpatient counseling at Oaks Integrated Health. He claims his use of ecstasy was due to self-medicating. His drug use has been brought to the attention of Oaks Integrated Health and will be addressed through counseling sessions. At this time, it is recommended no formal action be taken against him.

                                        Respectfully submitted,

                                        SUSAN M. SMALLEY, Chief
                                        U.S. Probation Officer

                                        *Patrick Hattersley/SGM*

                                        By:   PATRICK HATTERSLEY
                                              Supervising U.S. Probation Officer

Prob 12A – page 2
Steven Thomas

/ ph

APPROVED:

_____  1/03/2023
SUZANNE J. GOLDA-MARTINEZ         Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ xx **No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)**

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Stanley R. Chesler, U. S. D. J.

_____
Signature of Judicial Officer

1/4/2023
Date