PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Steven Thomas  Cr.: 21-00663-001
PACTS #: 7382921

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/24/2022

Original Offense:   Count 1: Conspiracy to Distribute Controlled Substance with Intent to Distribute Heroin, 21:846 & 21:841(b)(1)C)

Count 2: Controlled Substance –Possession–Possession with Intent to Distribute, 21:841(a)(1) & (b)(1)(C)

Original Sentence: 15 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse Testing and Treatment, Alcohol Restrictions, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Motor Vehicle Compliance, Support Dependents, Mental Health Treatment

Type of Supervision: Supervised Release   Date Supervision Commenced: 06/09/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On February 2, 2023, the IUS was arrested by Paterson Police Department for simple assault. On that date, Thomas' girlfriend, JC indicated that he "put his hands on me." Police observed that JC had a small laceration on the inside of her lower lip. Although JC asked police not to arrest the IUS and asked that they "just let him leave," he was arrested and charged with simple assault. The probation office has contacted the victim and she has denied any domestic violence on February 2, 2023. She further indicated she does not wish to pursue any charges. Thomas has a history of domestic violence arrests with JC and others. |
| 2 | The IUS also has a history of substance abuse while on supervised release. On October 21, 2022, Thomas provided his probation officer with paperwork from St. Joseph hospital showing that he tested positive for opiates, amphetamines, and benzodiazepine. He informed probation that this positive drug test was a result of taking his girlfriend's medication. On December 30, 2022, Thomas admitted to using ecstasy. |

Prob 12A – page 2
Steven Thomas

U.S. Probation Officer Action:
Our office recommends temporarily withholding Court action. Thomas has agreed to enter an inpatient treatment program. The probation office is attempting to get Thomas placed into inpatient treatment as soon as possible. His girlfriend has been directed to call the police if she feels threatened by the Thomas. Additionally, intensive aftercare treatment will be arranged for the IUS and drug testing will be increased. Should changes occur or these criminal charges are resolved, Your Honor will be notified, and formal Court action will be taken.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kevin Egli/SGM*

By:   KEVIN P. EGLI
Senior U.S. Probation Officer

/ kpe

APPROVED:

_____   02/10/2023
SUZANNE GOLDA-MARTINEZ         Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ X **No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)**

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

**s/Stanley R. Chesler, U. S. D. J.**
_____
Signature of Judicial Officer

**2/14/2023**
_____
Date