# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 21-663 (SRC) |
| v. | : | |
| STEVEN THOMAS | : | |

## ORDER ON VIOLATION OF SUPERVISED RELEASE

THIS MATTER being opened to the Court by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Kendall Randolph, Assistant United States Attorney) and Defendant Steven Thomas (by Claressa Lowe, Esq.) and, after a hearing held on July 26, 2023, regarding Steven Thomas's violations of supervised release conditions, and the Court having conducted a plea hearing,

IT IS on this 26th day of July 2023, HEREBY ORDERED:

1. Defendant is hereby adjudged guilty of Violation Number 2 of the Petition for Violation of Supervised Release, dated June 27, 2023 (ECF 44);

2. Defendant is detained pending placement in a residential re-entry program, where he will remain for 4 months without weekend privileges;

3. Defendant's previously imposed conditions of release will remain in full effect; and

4. Sentencing will be held on December 6, 2023 at 11:00 A.M.

s/Stanley R. Chesler, U. S. D. J.
_____
HON. STANLEY R. CHESLER
United States District Judge